**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.	CASE NO. 6:06-CR-207-ORL-19KRS

THEP SOUKSANOM

_____

<u>ORDER</u>

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 202, filed February 27, 2007) and no objection thereto having been filed, it is **ORDERED:**

1.	The Report and Recommendation of the United States Magistrate Judge (Doc. No. 202) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2.	Defendant Thep Souksanom has entered a plea of guilty to Count One of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Count One of the Indictment.

3.	Ruling on acceptance of the Plea Agreement (Doc. No. 161, filed February 22, 2007) is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this __2d__ day of March, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant

United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy